O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE HALE,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA STILLWATER, et al.,<br><br>    Defendants. | Case No. 2:24cv02091 DDP (PD)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action without leave to amend.

DATE: May 20, 2025

_____
HON. DEAN D. PREGERSON
SENIOR U.S. DISTRICT JUDGE