JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT LEE HALE,

      Plaintiff,

v.

SANDRA STILLWATER, et al.,

      Defendants.

Case No. CV 24-2091 DDP (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered dismissing the action without leave to amend.

DATE: May 20, 2025

_____
HON. DEAN D. PREGERSON
SENIOR U.S. DISTRICT JUDGE